# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>Mario Mateo Tomas Jose<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)     22-mj-40<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __3/30/2022__ in the parish of __St. Charles__ in the __Eastern__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 42 U.S.C. § 408(a)(7)(B) | Misuse of a Social Security Number |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

/s/ Paul L. Barber
*Complainant's signature*

Paul L. Barber, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/31/22

City and state: New Orleans, Louisiana

Honorable Michael B. North, U.S. Chief Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 22-mj-40 |
| v. | * | DUTY MAGISTRATE |
| MARIO MATEO TOMAS JOSE | * | |

\* \* \*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

1. I, Paul Barber being first duly sworn, hereby depose and state as follows: I am a Special Agent with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been employed as a Special Agent since September 2020 and I am assigned to the New Orleans, Louisiana HSI SAC office, which has jurisdiction over the Eastern District of Louisiana. I successfully completed the Criminal Investigator's Training Program (CITP) and Homeland Security Investigations Special Agent Training (HSISAT) at the Federal Law Enforcement Training Center in Glynco, Georgia in 2021.

2. This affidavit is submitted in support of a criminal complaint charging **MARIO MATEO TOMAS JOSE** with violating Title 42 U.S.C. 408(a)(7)(B), Misuse of a Social Security Number in order to gain employment.

3. On March 30, 2022, **MARIO MATEO TOMAS JOSE** presented a false social security card to an employee at the Gulf Coast Safety Council (GCSC), while signing in for pre-employment testing in violation of Title 42 U.S.C. 408(a)(7)(B). GCSC, which was established by owners of petro-chemical processing plants and contractors that service those installations, provides training and education for plant personnel and contract workers. The defendant was to take a safety course, which is required to obtain employment with EvapTech, Inc. An employee of GCSC suspected that the Social Security card and state identification card provided were

fraudulent. The employee forwarded high-quality copies of the documents to Homeland Security Investigations agents who confirmed that the documents appeared to be fraudulent. Preliminary checks on the Social Security numbers in the class revealed that the numbers were valid and matched the names on the cards. However, since the copy of the Social Security card provided by GCSC appeared to be fraudulent, agents suspected that the subject was using fraudulent identification. Agents then proceeded to the GCSC location in St. Rose, Louisiana (located within the Eastern District of Louisiana). These facts led to an immigration interview in which **MARIO MATEO TOMAS JOSE** freely admitted to being a citizen of Guatemala not in possession of proper immigration documents allowing him to enter, pass though, or remain within the United States legally.

4. Computer checks confirmed that **MARIO MATEO TOMAS JOSE** was in possession of a fraudulent Social Security card with Social Security number XXX-XX-1356 that belonged to a United States citizen, O.B. The defendant knew that the social security card was fraudulent, and that the Social Security number did not belong to him. **MARIO MATEO TOMAS JOSE** used the fraudulent Social Security card to gain employment at EvapTech, Inc.

5. Records checks performed by your affiant with the SSA revealed that SSN XXXX-XX-1356 is a valid number that was lawfully issued to O.B., a United States citizen.

6. Based on the above-described facts, your Affiant believes that Probable Cause exists that **MARIO MATEO TOMAS JOSE**, with the intent to deceive, falsely represented that SSN XXX-XX-1356 belonged to him in order to finalize an employment requirement (safety

2

course) in violation of Title 42 U.S.C. 408(a)(7)(B). Affiant also prays that the Court will issue an arrest warrant for **MARIO MATEO TOMAS JOSE** for said violation.

Respectfully Submitted,

*/s/ Paul L. Barber*
Paul L. Barber
Special Agent, Badge No. 9796
Homeland Security Investigations

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41 (d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Subscribed and sworn to before me
this 31st day of March, 2022.
New Orleans, Louisiana

HONORABLE MICHAEL B. NORTH
UNITED STATES CHIEF MAGISTRATE JUDGE

3